

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00246-CV

**IN RE Justin LUDLOW**

Original Proceeding[1]

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
             Irene Rios, Justice
             Adrian A. Spears II, Justice

Delivered and Filed: April 1, 2026

PETITION FOR WRIT OF MANDAMUS DENIED; EMERGENCY MOTION FOR TEMPORARY RELIEF DENIED AS MOOT

On March 25, 2026, relator filed a petition for writ of mandamus and an emergency motion for temporary relief. Mandamus is an extraordinary remedy, available only when the relator can show (1) the trial court clearly abused its discretion or violated a duty imposed by law; and (2) there is no adequate remedy by way of appeal. *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). After considering the petition and the record, this court concludes relator has not shown that he is entitled to the relief sought. Accordingly, the petition for writ of

---

[1]This proceeding arises out of Cause No. 2024-CI-20877, styled *In the Interest of S.L., E.L., and A.L., Children*, pending in the 73rd Judicial District Court, Bexar County, Texas, the Honorable Elizabeth Martinez presiding.

mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). Relator's emergency motion for temporary relief is DENIED AS MOOT.

PER CURIAM